# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| **SONYA R. BETSEY** ) | **CASE NO: 3:09cv00293(WWE)** |
|     Plaintiff ) | |
| ) | |
| v. ) | |
| **NISSAN MOTOR ACCEPTANCE CORP.** ) | |
| **AND EQUIFAX INFORMATION** ) | |
| **SERVICES LLC** ) | |
| **Defendants** ) | |
| ) | **OCTOBER 9, 2009** |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(ii), the plaintiff, Sonya R. Betsey, through her attorney, the defendant, Nissan Motor Acceptance Corporation, through its attorney, and the defendant Equifax Information Services LLC, through its attorneys, hereby stipulate that the claims of the above-entitled action shall be dismissed with prejudice, and without costs or attorney's fees.

**Plaintiff, Sonya R. Betsey**

By /s/Daniel S. Blinn
Daniel S. Blinn  (ct02188)
Consumer Law Group, LLC
35 Cold Spring Road, Suite 512
Rocky Hill, CT  06067
(860) 571-0408
Fax: (860) 571-7457
dblinn@consumerlawgroup.com

**Defendant**, **Nissan Motor Acceptance Corporation**

By  /s/ William J. O'Sullivan
William J. O'Sullivan (ct08452)
Baker O'Sullivan & Bliss PC
Putnam Park, Suite 100
100 Great Meadow Road
Wethersfield, CT 06109-2371
Tel: 860-258-1993
Fax: 860-258-1991
o'sullivan@boblawyers.com

**Defendant**, **Equifax Information Services LLC**

By  /s/ Eric D. Daniels
Eric D. Daniels (ct01582)
edaniels@rc.com
Jennifer R. Rossi (ct27445)
jrossi@rc.com
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
Tel: 860-275-8200
Fax: 860-275-8299

## CERTIFICATION

I hereby certify that on this 9th day of October, 2009, a copy of foregoing Stipulation of Dismissal was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/Daniel S. Blinn
Daniel S. Blinn